Judge Zilly

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR04-0434Z |
| Plaintiff, | ) ) ) | ORDER TO LIFT STAY OF FORECLOSURE |
| v. | ) ) | (15312 141st Avenue SE, Snohomish, WA) |
| ROBERT DAWSON MARTIN and THERESA W. ALBERT | ) ) ) | |
| Defendants. | ) ) ) | |

Upon Motion of the United States for an Order Lifting the Stay of Foreclosure on the real property located at 15312 141st Avenue SE, Snohomish, WA more specifically described as follows:

> LOT 65 OF THAT SURVEY RECORDED IN VOLUME 9 OF SURVEYS ON PAGES 182 THROUGH 184, INCLUSIVE, UNDER AUDITOR'S FILE NO. 7904100299, WHICH IS A RE-RECORD OF THAT SURVEY RECORDED IN VOLUME 9 OF SURVEYS ON PAGES 3, 4, AND 5, UNDER AUDITOR'S FILE NO. 7812290380, BEING A PORTION OF GOVERNMENT LOT 1 AND THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 4, TOWNSHIP 27 NORTH, RANGE 6 EAST, W.M., IN SNOHOMISH COUNTY, WASHINGTON SITUATE IN THE COUNTY OF SNOHOMISH, STATE OF WASHINGTON

ORDER LIFTING STAY OF FORECLOSURE- 1

CR02-0434Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  TAX ACCOUNT NUMBER 27060400102800 (previous 04270610280005), in which the
2  United States has represented that based upon a formal real estate appraisal and
3  inspection of the property and evaluation of the property by a real estate broker familiar
4  with neighboring properties, there is insufficient equity after all liens are paid to warrant
5  proceeding with the criminal forfeiture of the property.
6  It is therefore ORDERED, ADJUDGED and DECREED, that
7      The government's motion for an Order Lifting the Stay of Foreclosure on
8  the real property located at 14312 141st Avenue SE, Snohomish, Washington is
9  GRANTED.
10      The stay previously imposed to preclude the foreclosure action against the
11  property is hereby lifted.
12      DATED this 28th day of June, 2005.

                                      /s/ Thomas S. Zilly
                                      Thomas S. Zilly
                                      United States District Judge

Presented by:

  /s/ Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-2242
206-553-6934 (fax)
Richard.E.Cohen@usdoj.gov

ORDER LIFTING STAY OF FORECLOSURE- 2
CR02-0434Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970